**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  JIM D. BOST, JR.                          CASE NO:  19-15092
        DEBTOR                                      CHAPTER 7

---

## APPLICATION FOR EMPLOYMENT OF ATTORNEY

---

**COMES NOW**, William L. Fava, Attorney for the Chapter 7 Trustee for the bankruptcy estate of the above named debtor and files this application for the employment of William B. Palmertree with the law firm of Graves Palmertree, PLLC, as attorney for the Trustee, and in support thereof states as follows:

1.     That in order to facilitate his duties as Trustee, it is necessary for the Trustee to employ counsel to represent the Estate in the foreclosure of two pieces of real estate located in Tate County.

2.     Debtor owns real estate that he attempted to sell to Roger Elvir through an owner financed transaction.

3.     Upon information and belief, Mr. Elvir still owes a substantial amount on the real estate debts and is in default pursuant to the underlying notes and deeds of trust.

4.     There is significant equity in the real estate that will benefit the bankruptcy estate.  In order to properly administer these assets it is necessary to pursue foreclosure actions against Mr. Elvir.

5.     Mr. Palmertree and his firm represent no interest adverse to the estate, and employment would be in the best interest of this estate.  To the best of their knowledge, they have no connections with the Debtors, Creditors, or any

other Parties-in-Interest, their respective attorneys and accountants, the United

States Trustee or any person employed in the Office of the United States Trustee,

except that Mr. Palmertree was previously retained by creditor Sycamore Bank in

this bankruptcy case.  *See attached Affidavit marked Exhibit A.*

6.      Mr. Palmertree, out of an abundance of caution, has obtained the

consent of Sycamore Bank to represent the estate in these foreclosure actions.

7.      The attorneys will accept only such compensation as this Court

deems just and fair upon application being made with this Court.  However, a

copy of the proposed contract to hire the attorneys in this case is attached and

marked Exhibit B.

**WHEREFORE,** the undersigned requests that he be authorized to employ

William B. Palmertree with the law firm of Graves Palmertree, PLLC, as attorney

for the Trustee as set forth above with compensation to be fixed by the Court, after

proper application therefor.

**RESPECTFULLY** submitted, this the 27th day of May, 2020.

___/s/William L. Fava_____
WILLIAM L. FAVA (MSB# 101348)
Chapter 7 Trustee and Attorney at Law

P.O. Box 783
Southaven, MS  38671
(662) 536-1116

## CERTIFICATE OF SERVICE

I, William L. Fava, Chapter 7 Trustee, do hereby certify that I have this

day mailed a true and correct copy of the above Application to Employ to the

following:

U.S. Trustee
Via ECF at USTPRegion05.AB.ECF@usdoj.gov

All Parties on Matrix

DATED:  May 27, 2020

___/s/William L. Fava_____
WILLIAM L. FAVA
Chapter 7 Trustee

P.O. Box 783
Southaven, MS  38671
(662) 536-1116