**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **Jim D. Bost, Jr.** | ) | Case No.: 19-15092 |
| | ) | |
| **Debtor(s)** | ) | Chapter 7 |
| | ) | |

**ENTRY OF APPEARANCE**

The undersigned counsel hereby makes her entry of appearance on behalf of Creditor, Betty Brewer, effective this date.

June 22, 2020

Respectfully submitted:

/s/ Tracy B. Walsh
**Walsh Law Firm PLLC**
6831 Crumpler Blvd., Suite 200
Olive Branch, MS 38654
(662)890-3086
(866)475-5589


Cc:   Chapter 7 Trustee (wfava@favafirm.com)
      U.S. Trustee's office (USTPRegionAB.ECF@usdoj.gov)