# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:  JIM D. BOST, JR.**  **CHAPTER 7 CASE NO: 19-15092-JDW**
**DEBTOR**

---

## ENTRY OF APPEARANCE AND REQUEST FOR COPIES
---

COMES NOW, Jim F. Spencer, Jr. of the law firm of Watkins & Eager PLLC, Post Office Box 650, Jackson, Mississippi 39205, and enters his appearance as counsel of record for Guaranty Bank & Trust Company.

Guaranty Bank & Trust Company hereby requests that her attorney be provided with copies of all notices given and papers served in this case including motions, applications, petitions, complaints, other pleadings, orders, judgments, reports and any other documents filed or served in this proceeding.

Respectfully submitted this 23rd day of July, 2020

**GUARANTY BANK & TRUST COMPANY**

By:/s/ Jim F. Spencer, Jr.
Jim F. Spencer, Jr., One of its attorneys

OF COUNSEL:

Jim F. Spencer, Jr. (MSB # 7736)
Watkins & Eager PLLC
Post Office Box 650
Jackson, MS 39205-0650
(601) 965-1900 (p)
(601) 965-1901 (f)
jspencer@watkinseager.com

## **CERTIFICATE OF SERVICE**

    I, Jim F. Spencer, Jr., hereby certify that I have filed the foregoing document using the CM/ECF System which sent notice of the filing to all persons requesting notice and specifically to:

James W. Amos – jwamosattorney@aol.com
William L. Fava – wfava@favafirm.com
U.S. Trustee - USTPRegion05.AB.ECF@usdoj.gov

This 23rd day of July, 2020.

*/s/* Jim F. Spencer, Jr.
Jim F. Spencer, Jr.
